```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  SHANE MYERS-JONES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-mj-0303 KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR PROVISION OF SUBSISTENCE PURSUANT TO 18 U.S.C. § 4282 |
| SHANE MYERS-JONES, ) | |
| Defendant. ) | Judge: Hon. Kendall J. Newman (In Chambers) |

**WHEREAS** the above Shane Myers-Jones appeared before this court previously having been arrested in or near Yreka, California, and detained pursuant to a warrant issued by the United States District Court for the Western Division of the District of South Dakota; and

**WHEREAS** this court ordered that Mr. Myers-Jones be released on an unsecured bond and conditions, and ordered that he appear in the District of South Dakota on a date certain, which release is likely to occur in the late afternoon or early evening hours of the day; and

**WHEREAS**, the nearest bus station to Yreka is fifty miles away in Medford, Oregon, (Greyhound) and the nearest Amtrak stops are in Medford or Dunsmeir, California, both of which are close to fifty miles from Yreka, and

1     **WHEREAS** Mr. Myers-Jones alternatively must rely on a properly
2 licensed friend or family member to drive for approximately five (5)
3 hours to Sacramento and then approximately five (5) more hours to drive
4 him to his home in Fort Jones, California, a length of driving which is
5 unreasonable to expect be made the same day as Mr. Myers-Jones'
6 release, and

7     **WHEREAS** the court is advised that it is Mr. Myers-Jones preference
8 that a family member or friend drive to Sacramento and pick him up
9 approximately mid-day Tuesday, September 27, 2011, and

10    **WHEREAS** Mr. Myers-Jones is a person who has been indicted but not
11 convicted, within the intendment of Title 18, United States Code,
12 section 4282,

13    **THEREFORE**, pursuant to the provisions of Title 18, United States
14 Code, section 4282, the United States Marshal is ordered to provide Mr.
15 Myers-Jones with lodging and subsistence in Sacramento for the night of
16 September 26, 2011.

17    **IT IS SO ORDERED.**

18                              By the Court,

20 Dated:   September 26, 2011

                                   _____
24                                 KENDALL J. NEWMAN
                                   UNITED STATES MAGISTRATE JUDGE

-2-