**FILED**
September 26, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SHANE MYERS-JONES, )<br>)<br>Defendant. ) | CASE NUMBER: 2:11-mj-303 KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Shane Myers-Jones</u>; Case <u>2:11-mj-303 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __   Release on Personal Recognizance

      __   Bail Posted in the Sum of _____

      _X_   Unsecured Appearance Bond in the amount of <u>$10,000.00</u>

      __   Appearance Bond with 10% Deposit

      __   Appearance Bond secured by Real Property

      __   Corporate Surety Bail Bond

      _X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>9/26/2011</u> at <u>11:30</u>.

By _____
Kendall J. Newman
United States Magistrate Judge